JAMES H. MURNAN, Respondent, *v.* WABASH RAILWAY COMPANY, Appellant.

(Submitted June 3, 1929; decided June 11, 1929.)

548

*Thomas J. O' Neill* for motion.
*Edward R. Brumley* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.